**Electronically Filed
Supreme Court
SCPW-24-0000391
29-JUL-2024
08:30 AM
Dkt. 7 ODDP**

SCPW-24-0000391

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

CHRIS SLAVICK,
Petitioner,

vs.

FIRST CIRCUIT COURT, STATE OF HAWAIʻI,
Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. 1CPN-22-0000007)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the petition for writ of mandamus filed on May 28, 2024, and the record, 1CPN-22-0000007 has been consolidated into 1PR161000004 and counsel, Rosa Flores, Esq., has been appointed by the circuit court to represent Petitioner in the consolidated case.  An extraordinary writ is unwarranted. See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, July 29, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

